**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
**SUSANA LOZADA,**

        **Plaintiff,**

     **-against-**

                                **CASE NO.: 1:15-cv-02122-ENV-SMG**

**AIG DIRECT INSURANCE**
**SERVICES, INC.,**

        **Defendant.**
-------------------------------------------------------X

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

TO THE CLERK OF COURTS:

      Pursuant to Rule 41(a)(1)(A)(ii) counsel for all parties hereto stipulate to the

dismissal with prejudice and without cost to either party.

<u>/s/ Zachary W. Silverman</u>       <u>/s/ Craig Thor Kimmel</u>

Zachary W. Silverman            Craig Thor Kimmel
Fishkin Lucks LLP                Kimmel & Silverman, P.C.
277 Broadway, Suite 408         30 East Butler Pike
New York, NY 10007              Ambler, PA 19002
Phone: (646) 755-9200          Phone: (215) 540-8888
Email: zsilverman@fishkinlucks.com  Email:kimmel@creditlaw.com
Attorney for the Defendant        Attorney for the Plaintiff

Date: <u>May 11, 2016</u>           Date: <u>May 11, 2016</u>

                       BY THE COURT:

                       _____

                                J.