UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
SUSANA LOZADA,

    Plaintiff,

-against-

AIG DIRECT INSURANCE SERVICES, INC.,

    Defendant.
----------------------------------------X

CASE NO.: 1:15-cv-02122-ENV-SMG

FILED
IN CLERK'S
US DISTRICT
★ MAY 17 2016
BROOKLYN

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE CLERK OF COURTS:

Pursuant to Rule 41(a)(1)(A)(ii) counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| /s/ Zachary W. Silverman | /s/ Craig Thor Kimmel |
|---|---|
| Zachary W. Silverman | Craig Thor Kimmel |
| Fishkin Lucks LLP | Kimmel & Silverman, P.C. |
| 277 Broadway, Suite 408 | 30 East Butler Pike |
| New York, NY 10007 | Ambler, PA 19002 |
| Phone: (646) 755-9200 | Phone: (215) 540-8888 |
| Email: zsilverman@fishkinlucks.com | Email: kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: May 11, 2016 | Date: May 11, 2016 |

BY THE COURT:
/s/ USDJ ERIC N. VITALIANO, J.

The Clerk is directed to close the case.

STIPULATION OF DISMISSAL WITH PREJUDICE